No. 14,029.

HEILAND v. HEILAND.
(61 P. [2d] 1374)

Decided October 5, 1936.

Judgment affirmed in department on application for supersedeas without written opinion, Mr. Justice Hilliard, sitting for Mr. Chief Justice Campbell, Mr. Justice Young and Mr. Justice Holland, participating.

Mr. B. A. GATES, for plaintiff in error.

Mr. CLARENCE EYNON, for defendant in error.